**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**ROGER JOE LADNER**                                                                 **PETITIONER**
Reg #16374-043

v.                             CASE NO. 2:14CV00104 BSM

**C.V. RIVERA, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                **RESPONDENT**

## ORDER

The recommended disposition filed by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful review of the recommended disposition, it is concluded that it should be, and hereby is, approved and adopted in all respects. Accordingly, petitioner Roger Joe Ladner's petition for writ of habeas corpus [Doc. No. 1] is dismissed with prejudice.

IT IS SO ORDERED this 24th day of December 2014.

_____
UNITED STATES DISTRICT JUDGE